DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, CAPTAIN VERONICA KELLER, DR. JOSEPH GOLDENSON, and JEAN TAYLOR-WOODBURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA JONES AIRO, as daughter and successor in interest of decedent GARLAND R. JONES<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; VERONICA KELLER; JOSEPH GOLDENSON, MD; JEAN TAYLOR-WOODBURY, RN; DOES 1-50,<br><br>Defendants. | Case No. C06-6768 WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE (L.R. 6-2)** |

1   WHEREAS the initial case management conference in this matter has been set for February 8,
2   2007 at 11:00 a.m.;
3   WHEREAS lead trial counsel for Defendants, Scott Wiener, will be out of the country on
4   vacation from February 2 through February 16, 2007, and therefore unavailable to attend on February
5   8;
6   WHEREAS the parties wish to change the date of the case management conference so that
7   Mr. Wiener can attend;
8   AND WHEREAS there have been no previous changes to this date, and a change would have
9   little, if any, impact on the schedule for the case;
10   THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, that
11   the case management conference be moved to either February 1, 2007, at 11:00 a.m. or February 22,
12   2007, at 11:00 a.m., whichever is more convenient for the Court.

Dated:  December 20, 2006

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By:    -/s/-   Scott D. Wiener
SCOTT D. WIENER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CAPTAIN VERONICA KELLER, DR. JOSEPH
GOLDENSON, and JEAN TAYLOR-WOODBURY

Dated:  December 20, 2006

BIRNBERG & ASSOCIATES

By: -/s/   Cory A. Birnberg
CORY A. BIRNBERG

Attorneys for Plaintiff JUANITA JONES AIRO

ORDER

It is hereby ORDERED that the Case Management Conference in this matter be moved to February 1   , 2007.



_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

December 22, 2006
DATE