DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, CAPTAIN
VERONICA KELLER, DR. JOSEPH GOLDENSON, and
JEAN TAYLOR-WOODBURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA JONES AIRO, as daughter and successor in interest of decedent GARLAND R. JONES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; VERONICA KELLER; JOSEPH GOLDENSON, MD; JEAN TAYLOR-WOODBURY, RN; DOES 1-50,<br><br>Defendants. | Case No. C06-6768 WHA<br><br>**STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties hereby agree and stipulate as follows:

1. Plaintiff Juanita Jones Airo, as executor of the estate of Garland Jones and in her personal capacity, hereby agrees to dismiss this entire lawsuit, as to all causes of action and all defendants, with prejudice. Plaintiff requests that the Court enter an order accomplishing such a dismissal with prejudice.

2. Each party agrees to bear his/her/its own attorneys fees and costs of suit. No party will seek or obtain reimbursement of attorneys fees or costs of suit.

Dated: May 14, 2007

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

By: _____
        SCOTT D. WIENER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CAPTAIN VERONICA KELLER, DR. JOSEPH
GOLDENSON, and JEAN TAYLOR-WOODBURY

Dated: May 9, 2007

BIRNBERG & ASSOCIATES

By: _____
        CORY A. BIRNBERG

Attorneys for Plaintiff JUANITA JONES AIRO

The parties hereby agree and stipulate as follows:

1. Plaintiff Juanita Jones Airo, as executor of the estate of Garland Jones and in her personal capacity, hereby agrees to dismiss this entire lawsuit, as to all causes of action and all defendants, with prejudice. Plaintiff requests that the Court enter an order accomplishing such a dismissal with prejudice.

2. Each party agrees to bear his/her/its own attorneys fees and costs of suit. No party will seek or obtain reimbursement of attorneys fees or costs of suit.

Dated: May 9, 2007

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    SCOTT D. WIENER
    Deputy City Attorney

    By:_____
    SCOTT D. WIENER

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, CAPTAIN VERONICA KELLER, DR. JOSEPH GOLDENSON, and JEAN TAYLOR-WOODBURY

Dated: May 9, 2007

    BIRNBERG & ASSOCIATES

    By:_____
    CORY A. BIRNBERG

    Attorneys for Plaintiff JUANITA JONES AIRO

STIPULATION RE DISMISSAL WITH PREJUDICE    2
*Airo v. CCSF, et al.*, Case No. C06-6768

c:\documents and settings\coryb.birnbergassoc\local settings\temporary internet files\olk88\00025821 (2).doc

P.04

## ORDER

Pursuant to the above stipulation, the Court hereby orders that this entire action, as to all causes of actions and all defendants, be dismissed with prejudice. Each side will bear its own attorneys fees and costs of suit.



_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

May 15, 2007
_____
DATE

STIPULATION RE DISMISSAL WITH PREJUDICE  3
*Airo v. CCSF, et al.*, Case No. C06-6768

n:\lit\li2006\061466\00025821.doc